IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

JARROD G. BAXTER,

    Plaintiff

v.                                                        CASE NO. 3:23-cv-00110-_____

WARRICK COUNTY SHERIFF'S DEPARTMENT,
AND MICHAEL WILDER, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY AS SHERIFF OF
WARRICK COUNTY,
BRAD BURGDORF, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY AS A WARRICK COUNTY DEPUTY;
DYLAN BREWER, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY AS A WARRICK COUNTY DEPUTY;
TONY TODISCO, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY AS A WARRICK COUNTY, DEPUTY;
AUSTIN FARRINGTON, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY AS A WARRICK COUNTY DEPUTY;
RICHARD BARNETT, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY AS A WARRICK COUNTY DEPUTY;
RYAN NANCE, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY AS A WARRICK COUNTY DEPUTY;
UNKNOWN OFFICER 1, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY AS A WARRICK COUNTY DEPUTY,

    Defendants

## NOTICE OF REMOVAL

The Defendants, Warrick County Sheriff's Department, Michael Wilder, Brad Burgdorf, Dylan Brewer, Tony Todisco, Austin Farrington, Richard Barnett, and Ryan Nance, by counsel, hereby file their Notice of Removal of the above-referenced action from the Warrick Circuit Court, State of Indiana, Civil Case No.: 87C01-2306-CT-001114, to the United States District Court for the Southern District of Indiana, Evansville Division, pursuant to 28 U.S.C. §1441 *et. seq.* The grounds for removal are as follows:

1. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1331 (federal question jurisdiction) in that the allegations set forth in the Plaintiff's Complaint assert claims pursuant to 42 U.S.C. §1983 for monetary relief for deprivations of rights protected by the Fourth and Fourteenth Amendments to the United States Constitution and that Plaintiff Jarrod Baxter suffered a violation of his civil rights by the Defendants' actions.

2. Specifically, the Plaintiff alleges the Defendants' actions violated his rights under the Fourth and Fourteenth Amendments because they seized him without any reasonable basis to conclude a traffic violation had occurred (Count I of the Plaintiff's Complaint, paras. 99-109), the Defendants' actions violated his rights under the Fourth and Fourteenth Amendments by extending the traffic stop beyond a reasonable duration and scope without a legitimate reason (Count II of the Plaintiff's Complaint, paras. 111-131), the Defendants' actions violated his rights under the Fourth and Fourteenth Amendments by conducting a warrantless search of Plaintiff's vehicle without probable cause (Count III of the Plaintiff's Complaint, paras. 133-148), and the Defendants' actions violated his rights under the Fourth and Fourteenth Amendments by conducting a frisk and warrantless search of the Plaintiff's person without an arrest or probable cause ((Count IV of the Plaintiff's Complaint, paras. 150-156).

3. Additionally, the Plaintiff's Complaint alleges the Warrick County Sheriff's Departments' policies procedures and customs caused, permitted and countenanced the alleged constitutional violations, thereby creating official capacity liability against the Sheriff's Department, and the individually-named Defendants in their official capacities. (Plaintiff's Complaint, Paras. 70-83).

4. Removal of this Civil Action to the United States District Court for the Southern District of Indiana, Evansville Division, is proper pursuant to 28 U.S.C. §1441(a) since this Court

has original jurisdiction and the Warrick Circuit Court is located in the Evansville Division of the United States District Court for the Southern District of Indiana.

5. The Defendants received Notice of this lawsuit through service by personal service or substitute service on June 23, 2023, with said lawsuit being filed the same date. Therefore, removal of this action is timely pursuant to 28 U.S.C. §1446(b).

6. As is required by 28 U.S.C. §1446(a), the Defendants have attached hereto all of the State Court pleadings of record (**Exhibit 1**) that have been filed in this matter which consist of:

    (a) Plaintiff's Complaint

    (b) Appearance of Counsel for Plaintiff

    (c) Summons filed for All Defendants

    (d) Affidavits of Service for Service on all Defendants

    (e) Appearance of Counsel for Defendants

    (f) Motion for Enlargement of Time for Defendants to Respond to the Complaint

    (g) Proposed Order Granting Enlargement of Time for Defendants to Respond to the Complaint

7. Pursuant to 28 U.S.C. Section 1446(d), written notice of the removal of this action will be promptly served to Plaintiff's counsel, and a notice of this removal is simultaneously being filed with the Clerk of the Circuit Court for Warrick County, Indiana.

The undersigned counsel verifies and affirms that the record attached as Exhibit 1 is a true, complete, and accurate copy of the State Court record as it exists today.

                                                                                /s/ *R. Jeffrey Lowe*
                                                                                R. Jeffrey Lowe, 21508-22

WHEREFORE, the Defendants respectfully petition the Court to accept jurisdiction of this action in accordance with the foregoing statutory provisions, order that this case proceed in this Court as an action properly removed to it, to assign a cause number for this action, and for all other just and proper relief in the premises.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By: s/ R. Jeffrey Lowe
R. Jeffrey Lowe, Atty No. 21508-22
3620 Blackiston Blvd.
Bonterra Building, Suite 200
New Albany, IN 47150
Phone: (812) 949-2300
Fax: (812) 949-8556
Email: jlowe@k-glaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July, 2023, a copy of the foregoing Notice of Removal was served, either electronically or by First-Class Mail, postage prepaid, on the parties listed below and electronically filed with the Court through the Court's e-file system.

S. Anthony Long / Lisa B. Harris
Long Law Office, P.C.
P.O. Box 250
415 E. Main Street
Boonville, IN 47601
anthony@longlawoffice.com
lisa@longlawoffice.com
*Attorneys for Plaintiff*

/s/ *R. Jeffrey Lowe*
R. Jeffrey Lowe
KIGHTLINGER & GRAY, LLP

234254\63062259-1