IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

> Dismissal with prejudice as to defendants acknowledged [25].
>
> *Matthew P. Brookman*
> Matthew P. Brookman, Judge
> United States District Court
> Southern District of Indiana
>
> Dated: February 23, 2024

JARROD G. BAXTER,

    Plaintiff

v.   CASE NO. 3:23-cv-00110-MPB-CSW

WARRICK COUNTY SHERIFF'S DEPARTMENT,
AND MICHAEL WILDER, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY AS SHERIFF OF
WARRICK COUNTY, ET AL.,

    Defendants

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is stipulated by and between the parties hereto that all matters in controversy in the above-entitled cause of action against all Defendants contained in Plaintiff's Complaint and amended complaints, if any, have been fully compromised and settled.

It is therefore stipulated and agreed that Plaintiff's claims contained in his Complaint are hereby dismissed by the Plaintiff, with prejudice.

| | |
|---|---|
| */s/ Lisa Baxter Harris  (w/permission)* | /s/ *R. Jeffrey Lowe* |
| Lisa Baxter Harris | R. Jeffrey Lowe |
| S. Anthony Long | KIGHTLINGER & GRAY, LLP |
| LONG LAW OFFICE, P.C. | Bonterra Building, Suite 200 |
| 415 E. Main Street | 3620 Blackiston Boulevard |
| Boonville, IN 47601 | New Albany, IN  47150 |
| lisa@longlawoffice.com | jlowe@k-glaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

Mark E. Miller
915 Main Street, Suite 203
Evansville, IN 47708
mmiller@indianalawonline.com
*Attorney for Plaintiff*

234254\63528820-1